## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILLIP SUDLER | : |
| | :    CIVIL ACTION NO.: |
| VS. | : |
| | :    12-CV-05084 |
| BOROUGH OF WEST CHESTER, ET AL. | : |

**FILED**

DEC 23 2014

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### O R D E R

**AND NOW, TO WIT:** On this 23RD day of **December, 2014,** it having been reported that the issues between the parties in the above-action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**IT IS SO ORDERED.**

BY THE COURT:

EDUARDO C. ROBRENO,    J.

CC:   All Counsel